**No. 68766.**—Zenith Industries, Inc. *v.* United States, protests 64/1990, 64/3927 and 64/6637 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.